AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
<u>RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL</u>

Re: Ryan P. Huffman a/k/a Ryan Huffman and Karen L. Huffman a/k/a Karen Huffman
Case No. 818-77671-AST
Marc A. Pergament, Chapter 7 Trustee of the Estate of Ryan P. Huffman a/k/a Ryan Huffman and Karen L. Huffman a/k/a Karen Huffman v. Michael Torres and Lori Lesser
Adv. Pro. No. 822-08003-AST

STATE OF NEW YORK        )
                                            )ss.:
COUNTY OF NASSAU       )

Lisa Carpinone, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

That on the 20th day of January, 2022, I served the ***SUMMONS IN AN ADVERSARY PROCEEDING and COMPLAINT*** upon the Defendants below at the addresses listed below by depositing a true copy of the same enclosed in a post-paid properly addressed envelope, marked Certified Mail, Return Receipt Requested and by first class mail, in a properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Michael Torres
232 Fairview Circle
Unit Number 318-1L
Middle Island, New York 11953
Article No. 70131710000193845365

Lori Lesser
232 Fairview Circle
Unit Number 318-1L
Middle Island, New York 11953
Article No. 70131710000193845778

_/s/ Lisa Carpinone_
Lisa Carpinone

Sworn to before me this
20th day of January, 2022.

_/s/ Jacqueline Sullivan_
NOTARY PUBLIC

Jacqueline Sullivan
Notary Public, State of New York
Registration No. 01SU6356566
Qualified in Nassau County
Commission Expires April 3, 2025